[No. 3718–1.   Division One.   June 13, 1977.]

MILTON E. OESTREICH, ET AL, *Appellants,* v. OCEAN
SHORES ESTATES, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 754489, Horton Smith, J., entered March 10
and 14, 1975. *Remanded* by unpublished per curiam
opinion.

[No. 3860–1.   Division One.   June 13, 1977.]

C. B. McNAUGHTON, ET AL, *Appellants,* v. W. P.
MEEK, *Defendant,* KATHERYNE MEEK,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 787540, William C. Goodloe, J., entered May 7,
1975. *Affirmed* by unpublished per curiam opinion.

[No. 3982–1.   Division One.   June 13, 1977.]

DAVID C. NESSE, ET AL, *Appellants,* v. WICH
HOMES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 784725, James J. Dore, J., entered June 20,
1975. *Remanded with instructions* by unpublished opinion
per Callow, J., concurred in by Swanson and Andersen, JJ.